UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DIAGEO NORTH AMERICA, INC.,

Plaintiff,

-against-

M/V "TORONTO EXPRESS", her engines, boilers, etc.
and ORIENT OVERSEAS CONTAINER LINE LIMITED,

Defendant.

------------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

08 CIV 4464

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

**DIAGEO PLC**

Dated: New York, New York
May 12, 2008

James J. Ruddy (JR-6693)

c:\documents and settings\etta\my documents\etta\jjruddy\10-07-2004\rule 7-1 form 64.BCB.doc