UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DIAGEO NORTH AMERICA, INC.,

                Plaintiff,

   -against-

M/V "TORONTO EXPRESS", her engines, boilers, etc.
and ORIENT OVERSEAS CONTAINER LINE LIMITED,

                Defendant.

----------------------------------------------------------------X

**VOLUNTARY DISMISSAL AND ORDER**

08 CIV 4464 (LAP)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

    No answer having been filed and the captioned action having been settled, it is hereby discontinued as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with prejudice but without costs as to any party, subject to re-opening by letter application in the event that the settlement is not consummated within thirty (30) days of entry hereof.

Dated: New York, New York
         May 21, 2008

McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff

By: _____
James J. Ruddy (JR-6693)
88 Pine Street
New York, New York 10005
212-376-6400
Ref.: 10-07-2001 JJR

**SO ORDERED:**

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
U.S.D.J.

_____
LORETTA A. PRESKA, U.S.D.J.

May 30, 2008

c:\documents and settings\etta\my documents\etta\jjruddy\10-07-2001\voluntary dismissal 052108.doc